IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY RAMOS, | ) | No. C 06-0483 JW (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| SANTA CLARA COUNTY, | ) | |
| Defendant. | ) | |

Plaintiff, formerly detained at the Santa Clara County Jail, filed this pro se civil rights complaint under 42 U.S.C. § 1983. On January 25, 2006, the Court sent Plaintiff a notice regarding Plaintiff's motion to proceed in forma pauperis. Thereafter, on January 30, 2006, the Court's notice was returned with a notification from the facility in which Plaintiff was incarcerated that he was no longer detained there. More than 60 days have passed since the letter was returned from the facility. Accordingly, Plaintiff's complaint is hereby dismissed without prejudice for his failure to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and for failure to prosecute this matter pursuant to Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

DATED: May 17, 2006

JEFFREY S. WHITE
United States District Judge

1